```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42495
   SEVERO GUTIERREZ
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6317

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/16/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.11% from remaining funds.

     The case was paid in full 11/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL FINANCE CO    SECURED          1200.00         80.70       1200.00
ARONSON FURNITURE        SECURED          1321.44         88.87       1321.44
AT & T WIRELESS          UNSECURED       NOT FILED          .00           .00
SHERMAN ACQUISITION      UNSECURED OTH    748.71           .00        143.93
ROUNDUP FUNDING LLC      UNSECURED        294.65           .00         56.32
RISK MANAGEMENT ALTERNAT UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC      UNSECURED       5048.67           .00        964.95
TARGET                   NOTICE ONLY     NOT FILED         .00           .00
TMOBILE                  NOTICE ONLY     NOT FILED         .00           .00
US CELLULAR              UNSECURED       NOT FILED         .00           .00
WAL MART STORES INC      UNSECURED       NOT FILED         .00           .00
SHERMAN ACQUISITION      UNSECURED       1926.06           .00        368.13
BENEFICIAL FINANCE CO    UNSECURED OTH    182.53           .00         34.07
TIMOTHY K LIOU           DEBTOR ATTY     2,513.40                    2,513.40
TOM VAUGHN               TRUSTEE                                      392.19
DEBTOR REFUND            REFUND                                        52.27

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 7,216.27

PRIORITY                                          .00
SECURED                                       2,521.44
    INTEREST                                    169.57
UNSECURED                                     1,567.40
ADMINISTRATIVE                                2,513.40
TRUSTEE COMPENSATION                            392.19
DEBTOR REFUND                                    52.27
                        ---------------    ---------------
TOTALS                  7,216.27              7,216.27

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42495 SEVERO GUTIERREZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE